NO. 07-02-0198-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

SEPTEMBER 11, 2002

______________________________

ROBERT BRITTON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 137
TH
 DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2002-438951; HONORABLE CECIL PURYEAR, JUDGE

_______________________________

Before QUINN and REAVIS and JOHNSON, JJ.

On August 12 and August 27, 2002, appellant Robert Britton corresponded with the Court indicating that he no longer wishes to prosecute his appeal.  In a letter dated September 5, 2002, appellant’s attorney concurred with appellant’s notice to dismiss the appeal.

Without passing on the merits of the case, appellant’s motion for voluntary dismissal is granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.2.   Having dismissed 

the appeal at appellant’s personal request, no motion for rehearing will be entertained and our mandate will issue forthwith.  

Phil Johnson

        Justice

Do not publish.